UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:13-cv-05714-SVW-CW | Date | October 2, 2013 |
|---|---|---|---|
| Title | John F Melena v. Eric Holder | | |

JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| N/A | | N/A |

**Proceedings:**   IN CHAMBERS ORDER DISMISSING ACTION

   The Court, on September 10, 2013, issued an order granting plaintiff leave to file an amended complaint, within 21 days of the order. The Court further stated in it's order that failure to file an amended complaint within the period provided will be cause for dismissal, with prejudice..  To date, plaintiff has failed to comply with the Court's order.  Therefore, the matter is dismissed.

                                                                                                              :
                                                            Initials of Preparer          PMC